## United States Bankruptcy Court
### District of New Jersey

In re   **GMS Diner Corp. d/b/a Six Brothers Diner**                                  Case No.
                                          Debtor(s)                                   Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **George Stylianou**, declare under penalty of perjury that I am the **President** of **GMS Diner Corp. d/b/a Six Brothers Diner**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 20th day of May, 2020.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **George Stylianou**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11 (Subchapter V)** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **George Stylianou**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **George Stylianou**, **President** of this Corporation is authorized and directed to employ **David H. Stein, Esq.**, attorney and the law firm of **Wilentz, Goldman & Spitzer, P.A.** to represent the corporation in such bankruptcy case."

Date  May 20, 2020                                            Signed  /s/ George Stylianou
                                                                      **George Stylianou**

Resolution of Board of Directors
of
**GMS Diner Corp. d/b/a Six Brothers Diner**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **George Stylianou**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11 (Subchapter V)** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **George Stylianou**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **George Stylianou**, **President** of this Corporation is authorized and directed to employ **David H. Stein, Esq.**, attorney and the law firm of **Wilentz, Goldman & Spitzer, P.A.** to represent the corporation in such bankruptcy case.

Date  May  20, 2020                          Signed  /s/ George Stylianou
                                                     **George Stylianou**

Date  _____                 Signed  _____